UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

INJAZAT TECHNOLOGY FUND B.S.C.,

        Plaintiff,

v.

HAMID NAJAFI, et al.,

        Defendants.

2:11-CV-1355 JCM (GWF)

**ORDER**

Presently before the court is plaintiff Injazat Technology Fund, B.S.C.'s motion for entry of default judgment against defendant Hamid Najafi. (Doc. #22). Plaintiff has filed the affidavit of Jeffrey S. Rugg (doc. #70-A) in support of its motion. Defendant has not filed an opposition.

Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Federal Rule of Civil Procedure 55(b)(2) provides that "a court may enter a default judgment after the party seeking default applies to the clerk of the court as required by subsection (a) of this rule." Pursuant to local practice, the clerk has converted this motion to a Rule 55(b)(2) motion and referred it to the court for adjudication.

Plaintiff filed this suit on August 22, 2011. (Doc. #1). On August 28, 2011, defendant Najafi was served with a copy of the summons. (Doc. #11). To date, defendant Najafi has not appeared

**James C. Mahan**
**U.S. District Judge**

in this matter. This court previously granted plaintiff's petition to confirm the aribitral award against Najafi in the amount of $3,426,553.45. (Doc. #18). On October 3, 2011, and October 21, 2011, the clerk entered notice of default against Hamid Najafi for his failure to respond or otherwise defend. (Docs. #16 and #21).

In light of the court's previous confirmation of the arbitral award, and defendant Najafi's failure to appear in this case, this court finds that entering default judgment against Najafi is appropriate.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's motion for default judgment (doc. #22) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that default judgment be entered in favor of plaintiff in the amount of $3,426,553.45, with interest to accrue on the judgment from the date of the judgment at the statutory rate.

DATED November 10, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -